IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

**NAOMI N. DUFRAINE,**

    Plaintiff,

v.

    CASE NO.:
    JURY DEMANDED

**LONNIE SHEPARD, SILVER TRUCKING, LLC and FEDEX FREIGHT CORPORATION,**

    Defendant.

## NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Ryan M. Womack
        736 Georgia Avenue, Suite 100
        Chattanooga, TN 37402
        Telephone: (423) 265-4878
        ryan@warrenandgriffin.com
        *Counsel for Plaintiff*

    The Defendant, Silver Trucking, LLC, pursuant to 28 U.S.C. §§ 1446 (a)-(d), 1332, and 1441 and by and through counsel, Glassman, Wyatt, Tuttle & Cox, hereby files this Notice of Removal of the above civil action from the Circuit Court of Marion County, Tennessee to the United States District Court for the Eastern District of Tennessee and, as basis for said removal, would show as follows:

    (1) The removing party, Silver Trucking, LLC, is a named Defendant in the above entitled action.

(2) This matter was originally filed in the Circuit Court of Marion County, Tennessee, on March 8, 2022, under Docket No. 22870. A copy of the original Complaint filed in the Circuit Court of Marion County, Tennessee, along with the Summons issued at said time, is attached to this Notice of Removal as "Exhibit A".

(3) On or about March 22, 2022, the Defendant, Silver Trucking, LLC, was served with said Summons and Complaint via its Registered Agent.

(4) Based on a review of the court docket from the Circuit Court of Marion County Tennessee, the Complaint and Summons are the only pleadings that have been filed, and no further proceedings have taken place in the Marion County, Tennessee Circuit Court action.

(5) The Complaint does not set forth any ad damnum as far as a dollar amount.

(6) Plaintiff, Naomi N. Dufraine, is presently, and was, at the time the Complaint was filed, a resident of Hamilton County, Tennessee.

(7) The Defendant, Silver Trucking, LLC is presently, and was at the time the Complaint was filed, a limited liability company incorporated in the State of Missouri with the principal address in the State of Illinois. The sole member of Defendant Silver Trucking, LLC is Behaija (Ben) Dzananovic, who is the sole member of the limited liability corporation who resides in Illinois.

(8) The Defendant Lonnie Shepard is a resident of Pima County, Arizona according to Plaintiff's Complaint.

(9) The Defendant FedEx Freight Corporation is believed to be a domestic corporation qualified to do business in Marion County, Tennessee incorporated in Delaware with its principal address in the State of Tennessee.

(10) Although the remaining named Defendants dispute that they are proper parties or that they have been properly served, they do consent to removal of this matter to federal court while reserving all defenses applicable to them.

(11) This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) and (c) as the suit is between citizens of different states.

(8) The United States District Court for the Eastern District of Tennessee is the federal district embracing the location where the state court suit was filed.

(9) This Notice of Removal is being filed within 30 days of service upon the removing Defendant.

(10) Defendant is in compliance with all removal requirements set forth in 28 USC §1446, and further, Defendant will provide immediate notice of this removal to Counsel for Plaintiff, as well as the Circuit Court of Marion County, Tennessee.

(11) Defendant contends that the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. As there is no amount sued for in the Complaint, in accordance with 28 U.S.C. §1446(c)(2), and in order to further satisfy the requirements as to the amount in controversy, Defendant would show that Plaintiff has sued for: (a) physical injuries; (b) past, present and future physical and emotional pain and suffering; (c) past, present and future medical expenses; and (d) any other special damages that may be incurred by the Plaintiff, together with attorney fees, cost of suit and any further relief as the Court may deem proper. While not conceding that the value of the case, even if liability is found, is equal to or in excess of $75,000, Defendant would show that the amount in controversy is in excess of said amount based on information currently available.

(12) Defendant demands a jury trial.

(13) By removing this action from the Circuit Court of Marion County, Tennessee, the Defendant, Silver Trucking, LLC, does not waive any defenses or admit any of the allegations in Plaintiff's Complaint.

**Respectfully Submitted,**

**GLASSMAN, WYATT, TUTTLE & COX, P.C.**


/s/ Carl K. Wyatt
**CARL K. WYATT (BPR #12304)**
**ROBERT A. COX, ESQUIRE (BPR #14279)**
**RONNA D. KINSELLA, ESQUIRE (BPR# 24549)**
26 N. Second Street
Memphis, Tennessee 38103
(901) 527-2133 – Telephone
(901) 521-0940 – Facsimile
rcox@gwtclaw.com
rkinsella@gwtclaw.com
*Attorneys for Defendant*
Our File No.: 22-108


### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading has been properly served, via Email and/or United States Mail, postage prepaid upon the following:

**Ryan M. Womack (#028869)**
736 Georgia Avenue, Suite 100
Chattanooga, TN 37402
Telephone: (423) 265-4878
ryan@warrenandgriffin.com
*Attorney for Plaintiff*

**Brian F. Walthart (#024777)**
201 4th Avenue N., Suite 1400
Nashville, TN 37219
Telephone: (615) 499-7292
Facsimile: (615) 523-1496
brian.walthart@mgclaw.com
*Attorney for Lonnie Shepard*
*And FedEx Freight Corporation*

Jerran C. Gouge, Esq. (#032134)
The Pinnacle Building, Suite 404
412 N. Cedar Bluff Road
Knoxville, TN 37923
Telephone: (865) 539-3559
Facsimile: (865) 539-3965
*Attorney for Unnamed Defendant GEICO*

On this the 21st day of April, 2022.

                                            /s/ Carl K. Wyatt
                                            **CARL K. WYATT**