UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| NAOMI N. DUFRAINE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-CV-00099-DCLC-SKL |
| | ) | |
| v. | ) | |
| | ) | |
| LONNIE SHEPARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The parties have notified the Court that the damages sought in this matter do not exceed $70,000.00 in total, falling short of the requirements for the exercise of the Court's diversity jurisdiction. The parties request the immediate remand of this matter to the Circuit Court of Marion County, Tennessee. The parties' request is well-taken and **GRANTED**. It is hereby **ORDERED** that this matter be **REMANDED** to the Circuit Court of Marion County, Tennessee. The Clerk of Court is to notify the Circuit Court for Marion County, Tennessee of this Court's remand. The Clerk is directed to close the case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge